IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BENNIE STAFFORD, et al.

    Petitioner,

v.

TONY EVERS, et al.

    Respondents.

ORDER

Case No. 23-cv-205-jdp

On March 30, 2023, the United States Court of Appeals for the Seventh Circuit transferred the Petition for a Writ of Habeas Corpus filed by Petitioner Bennie Stafford to this court. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 21, 2023. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 30, 2022 through the date of the petition, March 30, 2023.

ORDER

IT IS ORDERED that:

    1.    Petitioner Bennie Stafford may have until April 21, 2023, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.  If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 21, 2023, I will assume that petitioner wishes to withdraw this petition.

Entered this 30th day of March, 2023.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge